JS 44 (Rev 10/20) FLSD Revised 10/14/2020

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Frank Nowak and Marian Nowak
10 Cherry Hill Run Road
Monroeville, NJ 06343

## DEFENDANTS
Boehringer Ingelheim, et al.

**(b)** County of Residence of First Listed Plaintiff: Gloucester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Aaron J. Freiwald, Esquire
Freiwald Law, P.C., 1500 Walnut Street, 18th Floor, Philadelphia, PA 19102
(215) 875-8000

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS – PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

**TORTS – PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS – Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence

**Other:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729 (a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed *(See VI below)*
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☒ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):*
a) Re-filed Case ☐ YES ☒ NO
b) Related Cases ☒ YES ☐ NO
JUDGE: Honorable Robin L. Rosenberg
DOCKET NUMBER: MDL No. 2924

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: January 18, 2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Aaron J. Freiwald

**FOR OFFICE USE ONLY:** RECEIPT # _____ AMOUNT _____ IFP _____ JUDGE _____ MAG JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br> PRODUCTS LIABILITY LITIGATION | MDL NO 2924 <br> 20-MD-2924 |

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**
Frank Nowak                           **JURY DEMANDED**
(Plaintiff's Name)

## SHORT-FORM COMPLAINT

The Plaintiff named below, by his counsel, Freiwald Law, P.C., files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Person Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation,* MDL No. 2924 (S.D. Fla.). Plaintiff files this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require addition pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, allege as follows:

### I.      PARTIES, JURISDICTION, AND VENUE

**A.  PLAINTIFF**

1. Plaintiff Frank Nowak ("Plaintiff") brings this action (check the applicable designation):

    ■      On behalf of [*himself/herself*];

   In representative capacity as the_____, on behalf of the injured party, (Injured party's name)_ _____.

2. Injured party is currently a resident of (City, State) <u>Monroesville, New Jersey</u> and claims damages as set forth below.

If any party claims loss of consortium,

3. <u>Marian Nowak</u> ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Shot Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) <u>Monroesville, New Jersey</u>.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) <u>Monroesville, New Jersey.</u>

**B. DEFENDANT(S)**

6. Plaintiffs name the following Defendants from the Master Personal Injury Complaint in this action:

 a. **Brand Manufacturers**
 All entities collectively referred to in the Master Long Form Complaint as Boehringer Ingelheim; GlaxoSmithKline; Pfizer; and Sanofi

 b. **Generic Manufacturers**
 Ranbaxy, Inc.; Sun Pharmaceutical Industries Ltd. (India); Sun Pharmaceutical Industries, Inc., f/k/a Ranbaxy Pharmaceuticals, Inc.

 c. **Distributors**
 AmerisourceBergen Corporation; Cardinal Health, Inc.; Chattem, Inc., McKesson Corporation

 d. **Retailers:**

 e. **Repackagers:**
 Apotex Corp.; Apotex, Inc.; Auro Health LLC; Aurobindo Pharma Ltd. (India); Aurobindo Pharma USA, Inc.; Dr. Reddy's Laboratories SA (Switzerland); Dr. Reddy's Laboratories, Inc.; Dr. Reddy's Laboratories, Ltd. (India); Geri-Care Pharmaceuticals, Corp.; L. Perrigo, Co.; Perrigo Company; Perrigo Company, plc; Perrigo Research & Development Company; Strides Arcolab International Ltd. (UK); Strides Pharma, Inc.; Wockhardt USA LLC; Wockhardt USA, Inc.; Wockhardt, Ltd. (India)

### C. JURISDICTION AND VENUE

7. The Federal District Court in which Plaintiffs would have filed this action in the absence of Pretrial Order No. 11 (direct filing) is United States District Court of the District of New Jersey, Camden Division

8. Jurisdiction is proper upon diversity of citizenship.

## II.   PRODUCT USE

9. The injured party used Zantac and generic ranitidine:

   ☐ By prescription

   ■ Over the counter

10. The injured party used Zantac and generic ranitidine from approximately (month, year) 1/xx2016 to 7/xx2020.

## III.   PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check All That Apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BRAIN CANCER |  |
|  | BREAST CANCER |  |
|  | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
|  | INTESTINAL CANCER |  |
|  | KIDNEY CANCER |  |
| X | LIVER CANCER |  |
|  | LUNG CANCER | **7/20/2020** |
|  | OVARIAN CANCER |  |
|  | PANCREATIC CANCER |  |
|  | PROSTATE CANCER |  |
|  | STOMACH CANCER |  |
|  | TESTICULAR CANCER |  |
|  | THYROID CANCER |  |
|  | UTERINE CANCER |  |
|  | OTHER CANCER: |  |

| | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV.    CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY - FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY - DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY - MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE - FAILURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| X | VI | NEGLIGENT MANUFACTURING |
| X | VII | GENERAL NEGLIGENCE |
| X | VIII | NEGLIGENT MISREPRESENTATION |
| X | IX | BREACH OF EXPRESS WARRANTIES |
| X | X | BREACH OF IMPLIED WARRANTIES |
| X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: Texas Deceptive Trade Practices Consumer Protection Act; Texas Finance Code Sections 392-393 |
| X | XII | UNJUST ENRICHMENT |
| X | XIII | LOSS OF CONSORTIUM |
| | XIV | SURVIVAL ACTION |
| | xv | WRONGFUL DEATH |
| | XVI | OTHER: |
| | XVII: | OTHER: |

### V.    JURY DEMAND

14. Plaintiffs hereby demand a trial by jury as to all claims in this action.

### VI.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs have been damaged as a result of Defendants' actions or

inactions and demand judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

By: /s/ *Aaron J. Freiwald*
Aaron J. Freiwald, PA
Laura E. Laughlin NJ 02822-2011
Freiwald Law, P.C.
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102
(215) 875-8000  Telephone
(215) 875-8575  Facsimile
ajf@freiwaldlaw.com
lel@freiwaldlaw.com